IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ILIA GALDAVA,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN RIFE, *in his official capacity as Field Office Director of Enforcement and Removal Operations, Philadelphia Immigration and Field Office, Customs Enforcement*, et al.,<br><br>    Respondents. | CIVIL ACTION<br><br>NO. 26-1474-KSM |

## ORDER

**AND NOW**, this 9th day of March, 2026, the Court having reviewed the Petition for Writ of Habeas Corpus (Doc. No. 1), it finds as follows:

1.  The Petition was filed on March 6, 2026, and states that Petitioner "is now currently in custody at the Philadelphia Federal Detention Center." (*Id.* at 1.) Public records[1] reflect that Petitioner then left the custody of the Bureau of Prisons, which operates the Philadelphia Federal Detention Center, that same day. Public records[2] further reflect that Petitioner is currently detained at the Pike County Correctional Facility, a United States Immigration and Customs Enforcement detention facility in the Middle District of Pennsylvania.

2.  As it appears Petitioner was in the Eastern District of Pennsylvania at the time this Petition was filed, this Court has jurisdiction over the Petition even though Petitioner is not

---

[1] *See* "Find an inmate", Federal Bureau of Prisons, available at: https://www.bop.gov/mobile/find_inmate/byname.jsp#inmate_results (last accessed March 9, 2026).

[2] *See* "Online Detainee Locator System", United States Immigration and Customs Enforcement, available at: https://locator.ice.gov/odls/#/search (last accessed March 9, 2026).

currently in this District. *See Khalil v. President, United States*, 164 F.4th 259, 268–70 (3d Cir. 2026) (discussing the "district-of-confinement rule" and finding a district court may properly assume "jurisdiction over [a] petition" if it "would have been able to exercise jurisdiction on the date that the petition was filed").

3. The Petition also raises substantive issues that have merit, and finding that time may be of the essence and justifying action by the Court, especially in light of the original seemingly immediate transfer of Petitioner out of the Eastern District of Pennsylvania, it is **ORDERED** that Respondents are **ENJOINED** from taking any action that would result in the movement of Petitioner from his current location at the Pike County Correctional Facility, pending further Order of this Court.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.