# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ILIA GALDAVA,,

           *Petitioner,*

    v.

JOHN RIFE, Field Office Director of
Enforcement and Removal Operations,
Philadelphia Immigration and Field
Office, Customs Enforcement, et al.,

           *Respondents.*

CIVIL ACTION

No. 26-1474-KSM

## STIPULATION & ORDER

Petitioner is non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on March 6, 2026 (Doc. No. 1).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive oral argument and respectfully request that the petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

Accordingly, it is hereby ORDERED:

The Court will decide the petition on the papers.

Dated: February 10, 2026                    Respectfully submitted,

                                            DAVID METCALF
                                            United States Attorney

/s/ Conor A. Deane                          /s/ Isaac J. Jean-Pierre
CONOR A. DEANE, ESQ.,                       ISAAC J. JEAN-PIERRE
Palladino, Isbell & Casazza, LLC            Assistant United States Attorney
1528 Walnut St., Suite 1701                 Eastern District of Pennsylvania
Philadelphia, PA 19102                      615 Chestnut Street, Suite 1250
Phone: (215) 576-9000                       Philadelphia, PA 19106
Email: conor@piclaw.com                     Phone:  (215) 861-8200
                                            Email:  isaac.jean-pierre@usdoj.gov

*Counsel for Petitioner*                    *Counsel for Respondents*


                        BY THE COURT



Dated: March 10, 2026            /s/ Karen Spencer Marston
                                 KAREN SPENCER MARSTON, J.